## IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **57-36 Myrtle Ave. LLC**<br>　　　　　　　　　　　Plaintiff/Petitioner<br>vs.<br>**GAS GAS NYC INC AKA GAS GAS NYC, A LIMITED LIABILITY COMPANY; ET AL**<br>　　　　　　　　　　　Defendant/Respondent | Hearing Date: **03/20/2025**<br>INDEX NO:　**1-25-01014-jmm**<br>Index Date:　**02/14/2025**<br>AFFIRMATION OF SERVICE OF:<br>**SUMMONS; COMPLAINT; COVER SHEET; EXHIBITS** |

Received by **Gregory Joseph Overacker**, on the **26th day of February, 2025 at 12:01 PM** to be served upon **Gas Gas NYC Inc. a/k/a Gas Gas NYC d/b/a District 385** at **1719 Norman St, Ridgewood, Queens County, NY 11385**.

The undersigned, affirms: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of February, 2025 at 3:22 PM** at the address of **99 WASHINGTON AVE 1 COMMERCE PLAZA (6TH FLOOR), ALBANY, Albany County, NY 12260**, this affiant served the **SUMMONS; COMPLAINT; COVER SHEET; EXHIBITS** upon **Gas Gas NYC Inc. a/k/a Gas Gas NYC d/b/a District 385** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **2** true and correct copy(ies) of the **SUMMONS; COMPLAINT; COVER SHEET; EXHIBITS**, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**NYS Department Of State/Sue Zouky**, I delivered the documents to NYS Department Of State/Sue Zouky who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs. Served to Sue Zouky as business document specialist designated to accept service for NYS department of state

The undersigned asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on _____2/26/25_____

_____
**Gregory Joseph Overacker, NY**
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201