## IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **57-36 Myrtle Ave. LLC**<br>Plaintiff/Petitioner<br>vs.<br>**GAS GAS NYC INC AKA GAS GAS NYC, A LIMITED LIABILITY COMPANY; ET AL**<br>Defendant/Respondent | Hearing Date: **03/20/2025**<br>INDEX NO: **1-25-01014-jmm**<br>Index Date: **02/14/2025**<br>AFFIRMATION OF SERVICE OF:<br>**SUMMONS; COMPLAINT; COVER SHEET; EXHIBITS** |

Received by **Edwin Okungbowa**, on the **21st day of February, 2025 at 7:28 AM** to be served upon **Matthew Bernard** at **57-36 Myrtle Avenue, Ridgewood, Queens County, NY 11385**.

The undersigned, affirms: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **22nd day of February, 2025 at 5:38 PM** at the address of **57-36 Myrtle Avenue, Ridgewood, Queens County, NY 11385**, this affiant served the **SUMMONS; COMPLAINT; COVER SHEET; EXHIBITS** upon **Matthew Bernard** in the manner described below:

**PERSONAL SERVICE**, by personally delivering **1** true and correct copy(ies) of the **SUMMONS; COMPLAINT; COVER SHEET; EXHIBITS**, with the date and hour of service endorsed thereon by this affiant, to the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Matthew Bernard, I delivered the documents to Matthew Bernard with identity confirmed by subject saying yes when named. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a black-haired Hispanic male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with a beard, a goatee and a mustache.**

The undersigned asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on  02/22/2025          .

_____
**Edwin Okungbowa, Reg. # 2123593-DCWP, NYC DCWP, NY**
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201



Page 1 of 1
FOR:  Bronson Law Offices, PC
REF:  xf-45405

Tracking #: **0159572450**

