## IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **57-36 Myrtle Ave. LLC**<br>Plaintiff/Petitioner<br>vs.<br>**GAS GAS NYC INC AKA GAS GAS NYC, A LIMITED LIABILITY COMPANY; ET AL**<br>Defendant/Respondent | Hearing Date: **03/20/2025**<br>INDEX NO: **1-25-01014-jmm**<br>Index Date: **02/14/2025**<br>DECLARATION OF NON-SERVICE OF:<br>**SUMMONS; COMPLAINT; COVER SHEET; EXHIBITS** |

Received by **Edwin Okungbowa**, on the **21st day of February, 2025 at 7:29 AM** to be served upon **Matthew Martinez** at **57-36 Myrtle Avenue, Ridgewood, Queens County, NY 11385**.

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **Matthew Martinez** at the address of: **57-36 Myrtle Avenue, Ridgewood, NY 11385** and was unable to effect service for the following reasons:

**2/22/2025 5:44 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown.**

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on   02/25/2025   .

*[signature]*

**Edwin Okungbowa, Reg. # 2123593-DCWP, NYC DCWP, NY**
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201