

July 22, 2025

**Via ECF**
Honorable Jil Mazer-Marino
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

Re:   57-36 Myrtle Ave. LLC v. Gas Gas NYC Inc. a/k/a Gas Gas NYC, <u>et</u> <u>al</u>.
      **Adv. Pro. No.: 25-01014 (JMM)**
      **Letter Confirming Adjournment**

Dear Judge Mazer-Marino:

Our office serves as counsel to defendants Matthew Bernard and Gas Gas NYC Inc. a/k/a Gas Gas NYC, a Limited Liability Company ("Defendants") in the above adversary proceeding. Please accept this correspondence as confirmation that the Defendants' motion for dismissal, (Dkt 12), and the adjourned pre-trial conference (Dkt 2), are adjourned on consent of all parties from July 22, 2025, to **September 10, 2025, at 11:00 a.m.**

Thank you for your attention to this matter, and please feel free to contact our office with any questions or concerns.

Best Regards,
**THE FRANK LAW FIRM P.C.**
*/s/Thomas J. Frank*
Thomas J. Frank
For the Firm

cc:   Ms. Tracie Leonard, Courtroom Deputy (via E-Mail—*JMM_Hearings@nyeb.uscourts.gov*)
      All Parties (via ECF)

---